IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| DARIN KEITH MARTIN, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 08-722-GPM |
| | ) | |
| LISA J.W. HOLLINGSWORTH, | ) | |
| | ) | |
| Respondent. | ) | |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Petitioner **DARIN KEITH MARTIN** shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 02/26/09

                                              KEENAN G. CASADY, CLERK

                                              By:  s/ Linda M. McGovern
                                                        Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
                 G. Patrick Murphy
                 United States District Judge